# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO GARZA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-01280-AWI-BAK (SAB)<br><br>ORDER CLOSING THE CASE<br><br>(Doc. 16) |

　　　　The parties have stipulated to the action being dismissed as to all claims, causes of action, and parties, with each side to bear their own attorney's fees and costs. (Doc. 16). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **February 18, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE